# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. COMMUNITY CHRISTIAN SCHOOL, Inc., an Oklahoma non-profit corporation,<br><br>      Plaintiff,<br><br>v.<br><br>1. CHURCH MUTUAL INSURANCE COMPANY, a foreign for-profit Insurance Corporation,<br><br>      Defendant. | Case No.: CIV-14-303-C |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Community Christian School, Inc. and Defendant, Church Mutual Insurance Company, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

By   s/ Michael D. McGrew
Michael D. McGrew, OBA #013167
MICHAEL D. MCGREW & ASSOCIATES
400 N. Walker, Suite 115
Oklahoma City, OK 73102
Telephone:  (405) 235-9909
Facsimile:   (405) 235-9929
**COUNSEL FOR PLAINTIFF**

s/Kenyatta Bethea
Kenyatta Bethea, OBA #18650
Holloway, Bethea & Osenbaugh
3035 N.W. 63rd Street, Suite 102N
Oklahoma City, Oklahoma  73116
405-246-0600 telephone
405-810-4080 facsimile
kbethea@hbolaw.com
***Attorneys for Defendant***
